In the Matter of the Judicial Settlement of the Account of Proceedings of BANKERS TRUST COMPANY and Another, as Executors, etc., of WILLIAM S. EMERY, Deceased.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE EQUITABLE TRUST COMPANY OF NEW YORK, etc., and Another, as Executors, et ., of MATTHEW G. COLLINS, etc., Deceased, Respondents, v. WILLIAM MURDOCK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

IRVING GOLD, Respondent, v. NATHAN FRIEDMAN, Appellant.—Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Petition of ABRAHAM CANE, as Administrator, etc., of SARAH CANE, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NELLIE T. McAVOY, as Executrix, etc., of FRANCIS S. McAVOY, Deceased, Respondent, v. SIDNEY C. SCHRAMME and Others, Defendants, Impleaded with INWOOD LAND & IMPROVEMENT COMPANY, INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendant Inwood Land & Improvement Company, Inc., to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch and O'Malley, JJ.

WILLIAM M. HARCOURT, Respondent, v. GEORGE B. BURNETT & SON, INC., Appellant.—Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

EDWARD JACOBSSON, Appellant, v. WANAGRU REALTY CORPORATION, Respondent.—Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

VINCENT JACOBSSON, an Infant, by EDWARD JACOBSSON, His Guardian ad Litem, Appellant, v. WANAGRU REALTY CORPORATION, Respondent.—Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MAXWELL MAGED, Appellant, v. LOUIS SCHNEIDER and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL GUERIN, Appellant.—Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES HALPERN, Appellant.—Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FRENKEL & Co., INC., Respondent, v. L'URBAINE FIRE INSURANCE COMPANY OF PARIS, FRANCE, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ELLEN A. CARTER and Another, Appellants, v. NEUROLOGICAL INSTITUTE OF NEW YORK, Respondent.—Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.